# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| GROSSART, DEAN W | § | Case No. 11-08860 |
| GROSSART, KATHERINE | § § § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/CATHERINE STEEGE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | |
|---|---|
| Case No: 11-08860   JPC   Judge: JACQUELINE P. COX | Trustee Name: CATHERINE STEEGE |
| Case Name: GROSSART, DEAN W | Date Filed (f) or Converted (c): 03/03/11 (f) |
| GROSSART, KATHERINE | 341(a) Meeting Date: 04/19/11 |
| For Period Ending: 02/03/12 | Claims Bar Date: 09/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 5233 N. Normandy Avenue, Chicago, IL 60656 | 314,408.00 | 314,408.00 | | 0.00 | FA | 314,408.00 | 15,000.00 |
| 2. CHECKING ACCOUNT | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 300.00 |
| 3. HOUSEHOLD GOODS Stove, Refrigerator, Washer/Dryer, Microwave, Cooking Utensils, Cookware, Living Room Furniture, Dining Room Furniture, Television, VCR, DVD, Compact Disks, Stereo Equipment, Bedroom Furniture, Dressers/Nightstands, Lamps and Accessories, Computer, Computer Printer, Photography Equipment, Lawnmower, Camper | 3,740.00 | 3,740.00 | | 0.00 | FA | 0.00 | 3,740.00 |
| 4. Books, pictures, Household paintings/art and collectibles (oil lamps) | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 5. All Clothing | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 500.00 |
| 6. Wedding Rings | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 500.00 |
| 7. City of Chicago Pension | 50,000.00 | 50,000.00 | | 0.00 | FA | 0.00 | 50,000.00 |
| 8. IRMP Village of Norridge | 2,000.00 | 2,000.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 9. Potential Contingent Beneficiary of Family Trust | 0.00 | 18,922.77 | | 18,922.77 | FA | 0.00 | 0.00 |
| 10. 2003 Dodge Caravan; 52,000 miles | 4,550.00 | 4,550.00 | | 0.00 | FA | 0.00 | 2,460.00 |
| 11. 2003 Chrysler Town & Country; 70,000 miles | 8,820.00 | 8,820.00 | | 0.00 | FA | 0.00 | 4,800.00 |

LFORM1EX  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                               Ver: 16.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-08860 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GROSSART, DEAN W | | | | Date Filed (f) or Converted (c): | 03/03/11 (f) |
| | GROSSART, KATHERINE | | | | 341(a) Meeting Date: | 04/19/11 |
| | | | | | Claims Bar Date: | 09/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.10 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $385,818.00 | $404,740.77 | | $18,923.87 | $0.00 | $314,408.00 | $80,300.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report sent to U.S. Trustee's office on October 26, 2011.

Waiting for approval to file from U.S. Trustee's office.

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 03/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-08860 -JPC | | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- |
| Case Name: | GROSSART, DEAN W | | Bank Name: | BANK OF AMERICA, N.A. |
| | GROSSART, KATHERINE | | Account Number / CD #: | *******3776 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0326 | | | |
| For Period Ending: | 02/03/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/11 | 9 | Dean W. and Katherine Grossart<br>5233 N. Normandy Avenue<br>Chicago, IL 60656-2115 | | 1129-000 | 18,922.77 | | 18,922.77 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 18,922.90 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,923.06 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,923.22 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,923.38 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,923.54 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,923.70 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 18,923.87 |

Page Subtotals     18,923.87     0.00

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-08860 -JPC |
| Case Name: | GROSSART, DEAN W |
| | GROSSART, KATHERINE |
| Taxpayer ID No: | *******0326 |
| For Period Ending: | 02/03/12 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3776 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 18,923.87 | 0.00 | 18,923.87 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 18,923.87 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,923.87 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******3776 | 18,923.87 | 0.00 | 18,923.87 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 18,923.87 | 0.00 | 18,923.87 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 03, 2012 |
|---|---|---|---|---|---|---|

Case Number:   11-08860  
Debtor Name:   GROSSART, DEAN W

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 999<br>8200-00 | DEAN W GROSSART<br>5233 N NORMANDY AVE<br>CHICAGO, IL  60656 | Unsecured | | $0.00 | $0.00 | $5,401.39 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $2,424.63 | $2,424.63 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $444.13 | $444.13 |
| 000003<br>070<br>7100-00 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Unsecured | (3-1) Cavalry Portfolio Services LLC as assignee of Wells Fargo Bank NA | $0.00 | $2,057.80 | $2,057.80 |
| 000004<br>070<br>7100-00 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Unsecured | (4-1) Cavalry Portfolio Services LLC as assignee of Wells Fargo Bank NA | $0.00 | $2,281.05 | $2,281.05 |
| 000005<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | (5-1) OLD NAVY VISA CARD | $0.00 | $3,334.06 | $3,334.06 |
| | Case Totals: | | | $0.00 | $10,541.67 | $15,943.06 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-08860
Case Name: GROSSART, DEAN W
  GROSSART, KATHERINE
Trustee Name: CATHERINE STEEGE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | Cavalry Portfolio Services, LLC | $ | $ | $ |
| 000004 | Cavalry Portfolio Services, LLC | $ | $ | $ |
| 000005 | GE Money Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of    % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $     . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $     .