# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| GROSSART, DEAN W | § | Case No. 11-08860 JPC |
| GROSSART, KATHERINE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Clerk of the U. S. Bankruptcy Court
> 219 South Dearborn
> Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 3/01/11 in Courtroom 619, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/03/2012                                By: CLERK OF THE U.S. BANKRUPTCY
                                                              COURT

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
        §
GROSSART, DEAN W         §   Case No. 11-08860 JPC
GROSSART, KATHERINE      §
        §
        §
   Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,923.87 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 18,923.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 2,102.25 | $ 0.00 | $ 2,102.25 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,102.25 |
| Remaining Balance | | | $ 16,821.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,541.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | $ 2,424.63 | $ 0.00 | $ 2,424.63 |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 444.13 | $ 0.00 | $ 444.13 |
| 000003 | Cavalry Portfolio Services, LLC 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340 | $ 2,057.80 | $ 0.00 | $ 2,057.80 |
| 000004 | Cavalry Portfolio Services, LLC 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340 | $ 2,281.05 | $ 0.00 | $ 2,281.05 |
| 000005 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 3,334.06 | $ 0.00 | $ 3,334.06 |
| | Total to be paid to timely general unsecured creditors | | | $ 10,541.67 |

  Remaining Balance                   $    6,279.95

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 9.0 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 878.56 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,401.39 .

               Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                        Case No. 11-08860-JPC
Dean W Grossart                                               Chapter 7
Katherine Grossart
        Debtors                 CERTIFICATE OF NOTICE

District/off: 0752-1           User: mjerdine              Page 1 of 2             Date Rcvd: Feb 06, 2012
                               Form ID: pdf006             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2012.
db/jdb       +Dean W Grossart,    Katherine Grossart,    5233 N Normandy Ave,    Chicago, IL 60656-2115
16908215     +Arnoldharris/Med Business Bureau,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
16908216     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16908217     +Blatt Hasenmiller F L,    125 S. Wacker Dr. #400,    Chicago, IL 60606-4440
16908218     +Calvary Portfolio Services,    Attention: Bankruptcy Department,    Po Box 1017,
               Hawthorne, NY 10532-7504
17580840     +Cavalry Portfolio Services, LLC,    500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
16908220     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17572364      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16908223     +Home Comings Financial,    Attention: Bankruptcy Dept,    1100 Virginia Drive,
               Fort Washington, PA 19034-3204
16908224     +Illinois Collection Se,    Po Box 1010,    Tinley Park, IL 60477-9110
16908225     +Main Street Acquisiton,    3950 Johns Creek Ct Ste,    Suwanee, GA 30024-1296
16908227     +Peoples Gas,    130 E Randolph,    Chicago, IL 60601-6302
16908228     +Pierce & Associates,    1 N Dearborn #1300,    Chicago, IL 60602-4373
16908229     +Tnb-visa,   Po Box 560284,    Dallas, TX 75356-0284
16908231     +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbendale, IA 50323-2310
16908232     +Wf Fin Bank/Wells Fargo Financial,    Wells Fargo Financial,    800 Walnut Street,
               Des Moines, IA 50309-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17504148      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2012 04:05:12
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16908219     +E-mail/Text: contact@csicollects.com Feb 07 2012 03:50:05      Certified Services Inc,
               Po Box 177,    Waukegan, IL 60079-0177
17795668      E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2012 04:08:51      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16908221     +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2012 04:08:51      Gemb/oldnavydc,    Po Box 981400,
               El Paso, TX 79998-1400
16908230     +E-mail/Text: khallman@vioninv.com Feb 07 2012 05:01:02      Vion Receivable Invest,
               P.O. Box 724768,    Atlanta, GA 31139-1768
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16908222     ##+Harris & Harris Ltd,    600 W Jackson,    Chicago, IL 60661-5675
16908226     ##+Nationwide Credit & Co,    Attn: Bankruptcy,    9919 W Roosevelt Rd Ste 101,
               Westchester, IL 60154-2771
                                                                                       TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: mjerdine              Page 2 of 2                  Date Rcvd: Feb 06, 2012
                               Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2012 at the address(es) listed below:
              Catherine L. Steege    csteege@jenner.com,   csteege@ecf.epiqsystems.com
              Jose G Moreno    on behalf of Creditor  GMAC Mortgage, LLC nd-one@il.cslegal.com
              Kathy  Wantuch    on behalf of Debtor Dean Grossart kwantuch@hiltzlaw.com,   jhiltz@hiltzlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4