UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| GROSSART, DEAN W | § | Case No. 11-08860 |
| GROSSART, KATHERINE | § § | |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter  on        . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/CATHERINE STEEGE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DEAN W GROSSART |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Comings Financial Attention: Bankruptcy Dept 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnoldharris/Med Business Bureau 1460 Renaissance Dr Park Ridge, IL | | | | | |
| | Calvary Portfolio Services Attention: Bankruptcy Department Po Box 1017 Hawthorne, NY 10532 | | | | | |
| | Calvary Portfolio Services Attention: Bankruptcy Department Po Box 1017 Hawthorne, NY 10532 | | | | | |
| | Certified Services Inc Po Box 177 Waukegan, IL 60079 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/oldnavydc Po Box 981400 El Paso, TX 79998 | | | | | |
| | Harris & Harris Ltd 600 W Jackson Chicago, IL 60661 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60487 | | | | | |
| | Main Street Acquisiton 3950 Johns Creek Ct Ste Suwanee, GA 30024 | | | | | |
| | Nationwide Credit & Co Attn: Bankruptcy 9919 W Roosevelt Rd Ste 101 Westchester, IL 60154 | | | | | |
| | Peoples Gas 130 E Randolph Chicago, IL 60601 | | | | | |
| | Tnb-visa Po Box 560284 Dallas, TX 75356 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vion Receivable Invest P.O. Box 724768 Atlanta, GA 31139 | | | | | |
| | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbendale, IA 50323 | | | | | |
| | Wf Fin Bank/Wells Fargo Financial Wells Fargo Financial 800 Walnut Street Des Moines, IA 50309 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CAVALRY PORTFOLIO SERVICES, LLC | | | | | |
| 000004 | CAVALRY PORTFOLIO SERVICES, LLC | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000005 | GE MONEY BANK | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | CAVALRY PORTFOLIO SERVICES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAVALRY PORTFOLIO SERVICES, LLC | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-08860 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|
| Case Name: | GROSSART, DEAN W | | | | Date Filed (f) or Converted (c): | 03/03/11 (f) |
| | GROSSART, KATHERINE | | | | 341(a) Meeting Date: | 04/19/11 |
| For Period Ending: | 08/27/12 | | | | Claims Bar Date: | 09/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 5233 N. Normandy Avenue, Chicago, IL 60656 | 314,408.00 | 314,408.00 | | 0.00 | FA | 314,408.00 | 15,000.00 |
| 2. CHECKING ACCOUNT | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 300.00 |
| 3. HOUSEHOLD GOODS  Stove, Refrigerator, Washer/Dryer, Microwave, Cooking Utensils, Cookware, Living Room Furniture, Dining Room Furniture, Television, VCR, DVD, Compact Disks, Stereo Equipment, Bedroom Furniture, Dressers/Nightstands, Lamps and Accessories, Computer, Computer Printer, Photography Equipment, Lawnmower, Camper | 3,740.00 | 3,740.00 | | 0.00 | FA | 0.00 | 3,740.00 |
| 4. Books, pictures,  Household paintings/art and collectibles (oil lamps) | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 5. All Clothing | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 500.00 |
| 6. Wedding Rings | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 500.00 |
| 7. City of Chicago Pension | 50,000.00 | 50,000.00 | | 0.00 | FA | 0.00 | 50,000.00 |
| 8. IRMP Village of Norridge | 2,000.00 | 2,000.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 9. Potential Contingent Beneficiary of Family Trust | 0.00 | 18,922.77 | | 18,922.77 | FA | 0.00 | 0.00 |
| 10. 2003 Dodge Caravan; 52,000 miles | 4,550.00 | 4,550.00 | | 0.00 | FA | 0.00 | 2,460.00 |
| 11. 2003 Chrysler Town & Country; 70,000 miles | 8,820.00 | 8,820.00 | | 0.00 | FA | 0.00 | 4,800.00 |

LFORM1EX

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 16.06f

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 11-08860   JPC   Judge: JACQUELINE P. COX
Case Name: GROSSART, DEAN W
GROSSART, KATHERINE

Trustee Name: CATHERINE STEEGE
Date Filed (f) or Converted (c): 03/03/11 (f)
341(a) Meeting Date: 04/19/11
Claims Bar Date: 09/30/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.25 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $385,818.00   $404,740.77   $18,924.02   $0.00   $314,408.00   $80,300.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report sent to U.S. Trustee's office on October 26, 2011.
Waiting for approval to file from U.S. Trustee's office.

Initial Projected Date of Final Report (TFR): 12/31/11   Current Projected Date of Final Report (TFR): 03/30/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-08860 -JPC | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | GROSSART, DEAN W | | Bank Name: | BANK OF AMERICA, N.A. |
| | GROSSART, KATHERINE | | Account Number / CD #: | *******3776 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0326 | | | |
| For Period Ending: | 08/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/11 | 9 | Dean W. and Katherine Grossart<br>5233 N. Normandy Avenue<br>Chicago, IL 60656-2115 | | 1129-000 | 18,922.77 | | 18,922.77 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 18,922.90 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,923.06 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,923.22 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,923.38 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,923.54 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,923.70 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 18,923.87 |
| 02/06/12 | | Transfer to Acct #*******3857 | Bank Funds Transfer | 9999-000 | | 15.78 | 18,908.09 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,908.24 |
| 03/01/12 | | Transfer to Acct #*******3857 | Final Posting Transfer | 9999-000 | | 18,908.24 | 0.00 |

Page Subtotals   18,924.02   18,924.02

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-08860 -JPC |
| Case Name: | GROSSART, DEAN W |
| | GROSSART, KATHERINE |
| Taxpayer ID No: | *******0326 |
| For Period Ending: | 08/27/12 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3776 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 18,924.02 | 18,924.02 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 18,924.02 | |
| | | | Subtotal | | 18,924.02 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,924.02 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-08860 -JPC | | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- |
| Case Name: | GROSSART, DEAN W | | Bank Name: | BANK OF AMERICA, N.A. |
| | GROSSART, KATHERINE | | Account Number / CD #: | *******3857 BofA - Checking Account |
| Taxpayer ID No: | *******0326 | | | |
| For Period Ending: | 08/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/12 | | Transfer from Acct #*******3776 | Bank Funds Transfer | 9999-000 | 15.78 | | 15.78 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | 15.78 | 0.00 |
| 03/01/12 | | Transfer from Acct #*******3776 | Transfer In From MMA Account | 9999-000 | 18,908.24 | | 18,908.24 |
| 03/01/12 | 003002 | CATHERINE STEEGE<br>JENNER & BLOCK<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Chapter 7 Compensation/Fees | 2100-000 | | 2,102.25 | 16,805.99 |
| 03/01/12 | 003003 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><br>Claim 2,424.63<br>Interest 217.06 | FINAL DISTRIBUTION - Claim 000001 | <br><br><br><br>7100-000<br>7990-000 | | 2,641.69 | 14,164.30 |
| 03/01/12 | 003004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><br>Claim 444.13<br>Interest 39.76 | FINAL DISTRIBUTION - Claim 000002 | <br><br><br><br>7100-000<br>7990-000 | | 483.89 | 13,680.41 |

Page Subtotals  18,924.02  5,243.61

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-08860 -JPC | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | GROSSART, DEAN W | | Bank Name: | BANK OF AMERICA, N.A. |
| | GROSSART, KATHERINE | | Account Number / CD #: | *******3857 BofA - Checking Account |
| Taxpayer ID No: | *******0326 | | | |
| For Period Ending: | 08/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/01/12 | 003005 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | FINAL DISTRIBUTION - Claim 000003<br><br>Claim          2,057.80<br>Interest           184.22 | <br><br><br>7100-000<br>7990-000 | | 2,242.02 | 11,438.39 |
| 03/01/12 | 003006 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | FINAL DISTRIBUTION - Claim 000004<br><br>Claim          2,281.05<br>Interest           204.20 | <br><br><br>7100-000<br>7990-000 | | 2,485.25 | 8,953.14 |
| 03/01/12 | 003007 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | FINAL DISTRIBUTION - Claim 000005<br><br>Claim          3,334.06<br>Interest           298.47 | <br><br><br><br>7100-000<br>7990-000 | | 3,632.53 | 5,320.61 |
| 03/01/12 | 003008 | DEAN W GROSSART<br>5233 N NORMANDY AVE<br>CHICAGO, IL 60656 | Surplus Funds | 8200-002 | | 5,320.61 | 0.00 |

Page Subtotals          0.00          13,680.41

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-08860 -JPC | |
| Case Name: | GROSSART, DEAN W | |
| | GROSSART, KATHERINE | |
| Taxpayer ID No: | *******0326 | |
| For Period Ending: | 08/27/12 | |

| | | |
|---|---|---|
| Trustee Name: | CATHERINE STEEGE | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******3857 BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 18,924.02 | 18,924.02 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 18,924.02 | 0.00 | |
| | | | Subtotal | | 0.00 | 18,924.02 | |
| | | | Less: Payments to Debtors | | | 5,320.61 | |
| | | | Net | | 0.00 | 13,603.41 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********3776 | 18,924.02 | 0.00 | 0.00 |
| BofA - Checking Account - ********3857 | 0.00 | 13,603.41 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 18,924.02 | 13,603.41 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*